**Opinion filed May 20, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00264-CV

_____

## IN THE INTEREST OF N.R.V., R.J.V., AND C.K.S., CHILDREN

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. E-19-106-PC**

### M E M O R A N D U M   O P I N I O N

This is an appeal from a final order in which the trial court terminated the parental rights of the mother of N.R.V., R.J.V., and C.K.S. *See* TEX. FAM. CODE ANN. § 161.001 (West Supp. 2020). The mother filed a notice of appeal. We affirm.

Appellant's court-appointed counsel has filed a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable

grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008); *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978).

Appellant's counsel provided Appellant with a copy of the brief. In compliance with *Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014), counsel provided Appellant with a copy of the record in this cause and informed Appellant of her right to review the record and file a pro se response to counsel's brief. We conclude that Appellant's counsel has satisfied his duties under *Anders*, *Schulman*, and *Kelly*.

We note that Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record in this cause, and we agree that the appeal is frivolous. We note that counsel has not filed a motion to withdraw in this court, which may have been premature if it had been filed in this court, and that "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d 24, 27–28 (Tex. 2016).

We affirm the trial court's order of termination.

PER CURIAM

May 20, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.